UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION, AS RECEIVER OF COMMUNITY BANK OF NEVADA, LAS VEGAS, NEVADA,<br><br>　　　　　　　　　Plaintiff,<br><br>　v.<br><br>MOORE PHARMACEUTICALS, INC. and MICHAEL MOORE,<br><br>　　　　　　　　　Defendants. | Case No. 2:12-cv-00067-MMD-CWH<br><br>ORDER |

　　The Court granted summary judgment in favor of Plaintiff Federal Deposit Insurance Corporation, which initiated this action in its capacity as Receiver for Community Bank of Nevada to recover the outstanding balance on a loan made to defendant Moore Pharmaceuticals and guaranteed by defendant Michael Moore ("Judgment"). (Dkt. no. 16.) The FDIC sold its interest in the loan at issue to First State Bank of Northwest Arkansas ("First State Bank") during the pendency of its Motion for Summary Judgment. The FDIC now moves to substitute First State Bank as plaintiff and to amend the Judgment to name First State Bank as plaintiff and judgment creditor. (Dkt. nos. 18 & 19.) Defendants have not opposed the FDIC's motions.

　　The Court finds that the FDIC has demonstrated good cause to support its requests. Accordingly, it is ordered that the FDIC's Motion to Substitute Party and Motion to Amend Judgment (dkt. nos. 18; 19) are granted. The records will reflect that First

1 | State Bank is substituted in as plaintiff in place of the FDIC. The Judgment issued on
2 | March 22, 2013, will be amended to name First State Bank's plaintiff and as judgment
3 | creditor in place of the FDIC and will reflect the filed date of March 22, 2013, and entry
4 | date of April 23, 2013.

DATED THIS 12th day of November 2013.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE